PROB 12C
(7/93)

Report Date: August 14, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 14 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam Ryan Hernandez          Case Number: 2:10CR02004-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 5/11/2011

Original Offense:     Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 27 Months              Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Shawn N. Anderson               Date Supervision Commenced: 6/21/2012

Defense Attorney:     Alex B. Hernandez, III          Date Supervision Expires: 6/20/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Adam Ryan Hernandez was arrested on June 16, 2013, for attempting to elude a police vehicle, driving under the influence, harassment, and obstructing a law enforcement officer, Yakima County Superior Court, case number 13-1-00922-1.

According to an incident report from the Yakima Police Department, on June 16, 2013, at approximately 12:07 a.m., an officer observed a vehicle stopped in the middle of the road which had a headlight that was not functioning. The officer activated his emergency lights and siren and attempted to stop the vehicle but the suspect vehicle sped off and a pursuit ensued. During the pursuit, the suspect vehicle failed to stop at a stop sign and was traveling approximately 40 miles per hour. Due to public safety, the officer terminated the pursuit. However, moments later the officer observed the suspect vehicle traveling at a high rate of speed. The suspect vehicle then turned off its lights and stopped in the middle of the street. As the officer attempted to conduct a traffic stop, the vehicle moved to the side of the road and parked. The driver then exited the vehicle and began to run. During a foot pursuit, the officer observed the suspect fall several times, get up, and continue to run. The suspect was subsequently apprehended and identified as Mr. Hernandez. Due to an overwhelming odor of alcohol coming from the defendant, officers called for medical attention. As the

        defendant was receiving medical treatment, he became combative and began yelling, "Norte mother fucker. I know you and none of you are safe. Come to my hood homie, and I'll show you what's up." The defendant continued to shout gang statements at the officers while receiving treatment at a local hospital. He was subsequently booked into the Yakima County Jail.

        On June 17, 2013, the defendant appeared in court and bail was set at $50,000. Mr. Hernandez remains detained at the Yakima County Jail. His next hearing is scheduled for September 3, 2013.

2     **Special Condition #18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Adam Ryan Hernandez consumed alcohol on or about June 15, 2013, as noted in violation 1.

        On June 26, 2013, this officer met with the defendant at the Yakima County Jail to discuss his continued participation in the Sobriety Treatment and Education Program. During this contact, Mr. Hernandez admitted to consuming alcohol while at a local casino on June 15, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/14/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

August 14, 2013
Date